NUMBER 13-08-136-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI- EDINBURG


______________________________________________________________


IN RE: COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.


D/B/A VALLEY REGIONAL MEDICAL CENTER 

_____________________________________________________________


On Petition for Writ of Mandamus

_____________________________________________________________




MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam 



 Relator, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical
Center, seeks a writ of mandamus to compel the trial judge, the Honorable Benjamin
Euresti, Jr., presiding judge of the 107th Judicial District Court of Cameron County, Texas,
and/or the presiding judge of the 404th District Court of Cameron County, (1) to vacate his
February 7, 2008 order denying relator's Motion to Disqualify and Recuse counsel for real
parties-in-interest, Magallanes & Hinojosa, P.C. ("the firm"), in trial court cause number
2006-06-2741-G in the 404th District Court of Cameron County, Texas. The trial court
denied the relator's motion to disqualify after a hearing on February 7, 2008. 

 On April 8, 2008, real parties-in-interest (2) and the firm filed a response. On April 18,
2008, relator filed a Reply Brief in support of its petition for writ of mandamus. 

 We have reviewed the petition for writ of mandamus, response, reply, and record
of the February 7, 2008 hearing. We conclude that the firm established that it took
sufficient precautions to guard against any disclosure of confidences by its legal assistant,
who was formerly employed by counsel for relator. (3) Accordingly, we conclude that the
relator has not shown a clear abuse of discretion or violation of a duty imposed by law.

 Relator's petition for writ of mandamus, filed March 13, 2008, is DENIED. 


 PER CURIAM



Memorandum Opinion delivered and filed

this the 6th day of November, 2008.







 
1. Relator notes that although plaintiffs' suit was filed and is currently pending in the 404th District
Court of Cameron County, the Honorable Benjamin Euresti, Jr., judge of the 107th District Court, presided
over relator's Motion to Recuse. 
2. Real parties-in-interest (plaintiffs below) are Yvonne T. Leal and Alberto B. Leal, Individually and
as next friends of Markus T. Leal, a minor.
3. See In re Amer. Home Prod. Corp., 985 S.W.2d 68, 75 (Tex. 1998) (orig. proceeding); Phoenix
Founders, Inc. v. Marshall, 887 S.W.2d 831, 835 (Tex. 1994) (orig. proceeding); Grant v. Thirteenth Court
of Appeals, 888 S.W.2d 466, 467 (Tex. 1994) (orig. proceeding).